# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 20, 2010

141091(22)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

NGUYEN NGODTU CHU,
      Defendant-Appellant.
_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 141091
COA: 295352
Kent CC: 00-011090-FC

On order of the Court, the motion for reconsideration of this Court's September 27, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 20, 2010

Clerk

y1213